**Entered on Docket
April 16, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 10-90345

Attorneys for Secured Creditor,
UNIVERSAL MORTGAGE CORPORATION

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>PAULINO B. OLA AND EDITHA P. OLA,<br><br>Debtor(s) | Case No.: BK-S-09-23202-BAM<br>Chapter 13 |
| UNIVERSAL MORTGAGE CORPORATION,<br><br>Secured Creditor,<br><br>vs<br><br>PAULINO B. OLA AND EDITHA P. OLA, Debtor(s), RICK A. YARNALL, Trustee,<br><br>Respondent(s) | **STIPULATED ORDER RE ADEQUATE PROTECTION AND TERMINATION OF AUTOMATIC STAY UPON NON-PAYMENT**<br><br>Date:  March 30, 2010<br>Time:  01:30 P.M. |

1

1    IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, UNIVERSAL
2    MORTGAGE CORPORATION, through its counsel, JEREMY T. BERGSTROM, Esq., of the
3    law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Secured Creditor,
4    and Debtor, PAULINO B. OLA and EDITHA P. OLA, through its counsel, RANDAL R.
5    LEONARD, and the Chapter 13 Trustee, RICK A. YARNALL, as follows:

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall maintain
regular monthly post-petition payments on Secured Creditor's first Trust Deed obligation,
encumbering the subject Property, generally described as: 4535 Springdale Avenue, Las Vegas,
NV 89121 ("Property" herein) and legally described as follows:

> LOT TWO HUNDRED FIFTY-FOUR (254) IN BLOCK SIX (6) OF
> PARKDALE UNIT NO. 3, AS SHOWN BY MAP THEREOF ON FILE IN
> BOOK 7 OF PLATS, PAGE 23, IN THE OFFICE OF THE COUNTY
> RECORDER OF CLARK COUNTY, NEVADA.

in a timely fashion, commencing with the April 1, 2010 payment, and continuing thereafter on the first (1st) day of each month. Payments are due on the first (1st) day of each month and are delinquent after the fifteenth (15th) day of each month. Said payments shall be made directly to UNIVERSAL MORTGAGE CORPORATION, 12080 North Corporate Parkway, Mequon, WI 53201, *referencing loan ending in xxxxx3128*.

   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtor shall make additional payments in the amount of $1,306.78 each, commencing April 15, 2010 and continuing for six (6) consecutive months on the fifteenth (15th) day of each consecutive month until the post-petition arrearages in the amount of $7,840.72 consisting of late charges ($248.32), property inspection ($12.00), attorney's fees and costs of ($700.00) and post-petition arrearages for the months of November, 2009 through March, 2010 ($7,810.00), less suspense balance ($-1,183.76) owing on Secured Creditor's first Trust Deed are cured.

03/29/2010 11:47 Randal Leonard Atty. (FAX)702 598 3926 P.004/006

Case 09-23202-bam    Doc 49    Entered 04/16/10 09:19:22    Page 3 of 5

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtor
2   fails to timely and properly comply with the payments ordered above, Secured Creditor shall
3   send to Debtor written Notice re: Breach of Condition with copy to Debtor's counsel, stating that
4   the Debtor shall have *fifteen (15)* days to cure. Also, an additional attorney's fee of $100.00 will
5   be incurred for each Notice re: Breach of Condition. In the event Debtor fails to timely and
6   properly cure the delinquency pursuant to the 15-day written notice of default as set forth
7   hereinabove, Secured Creditor shall submit an Ex Parte Order Terminating the Automatic Stay.
8   Upon entry of the Ex Parte Order, the Automatic Stay shall be immediately terminated and
9   extinguished for all purposes as to Secured Creditor, UNIVERSAL MORTGAGE
10  CORPORATION, its assignees and/or successors in interest, and Secured Creditor, its assignees
11  and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's Sale of the
12  subject Property, pursuant to applicable state law, and commence any action necessary to obtain
13  complete possession of the subject Property.
14      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the terms, provisions
15  and duties imposed upon each party pursuant to this stipulation and order shall become void and
16  extinguished in the event this bankruptcy proceeding is dismissed, converted to another chapter
17  or otherwise terminated by any other means or in the event the automatic stay is later terminated
18  in favor of this secured creditor.
19      IT IS SO ORDERED.

20  Submitted by:
21
22
    DATED: March 30, 2010          By: /s/ Jeremy T. Bergstrom, Esq.
23                                  Jeremy T. Bergstrom, Esq.
                                    Attorney for Secured Creditor
24                                  UNIVERSAL MORTGAGE CORPORATION

3

03/29/2010 11:47 Randal Leonard Atty. (FAX)702 598 3926 P.005/006

Case 09-23202-bam    Doc 49    Entered 04/16/10 09:19:22    Page 4 of 5

1   APPROVED/DISAPPROVED

2   DATED: 3/29/10

3   _____
    RANDAL R. LEONARD
4   Attorney for Debtor

5   APPROVED/DISAPPROVED

6
    DATED:_____
7   _____
    RICK A. YARNALL
8   Chapter 13 Trustee
    (10-90345/nvspo.dot/sla)

4

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_ The court waived the requirements of approval under LR 9021.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| **CHAPTER 13 TRUSTEE:**<br>Rick A. Yarnall<br>701 Bridger Ave. #820<br>Las Vegas, NV 89101 | | | X |
| **ATTORNEY FOR DEBTOR:**<br>Randal R. Leonard<br>509 S. 7th Street<br>Las Vegas, NV 89101 | X | | |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Sara Aslinger
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

###

5